# UNITED STATES DISTRICT COURT

for the

District of Columbia

United States of America
v.

HOWARD CHARLES RICHARDSON

Defendant

)
)
)
)
)
)
)

Case: 1:21-mj-00662
Assigned To : Faruqui, Zia M.
Assign. Date : 11/19/2021
Description: Complaint w/ Arrest Warrant

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*            HOWARD CHARLES RICHARDSON                ,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. §§ 111(a)(1) and (b)- Assaulting, Resisting, or Impeding Certain Officers Using a Dangerous Weapon or Inflicting Bodily Injury;
18 U.S.C. § 231(a)(3)- Civil Disorder;
18 U.S.C. § 1752(a)(1)- Entering and Remaining in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(2)- Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
18 U.S.C. § 1752(a)(4)- Engaging in Physical Violence in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D)- Disorderly Conduct in a Capitol Building;
40 U.S.C. § 5104(e)(2)(F)- Act of Physical Violence in the Capitol Grounds or Buildings;
40 U.S.C. § 5104(e)(2)(G)- Parading, Demonstrating, or Picketing in a Capitol Building.

Date:     11/22/2021

Zia M. Faruqui
2021.11.22
18:17:33 -05'00'

*Issuing officer's signature*

City and state:        Washington, D.C.

Zia M. Faruqui, U.S. Magistrate Judge

*Printed name and title*

| Return |
|---|

This warrant was received on *(date)* 11/30/21 , and the person was arrested on *(date)* 11/30/21

at *(city and state)*  Philadelphia, PA .

Date:  11/30/21

*Arresting officer's signature*

Daron Schreier , Special Agent

*Printed name and title*